1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8  JOEL PAUL REESMAN,                          CASE NO. C14-5271 RBL-KLS

9                       Petitioner,             ORDER

10        v.

11 MIKE OBENLAND,

12                      Respondent.

13

14        This is a federal habeas action filed under 28 U.S.C. § 2254.  The Court, having reviewed

15 petitioner's federal habeas petition, and petitioner's motion for an extension of a filing deadline,

16 (Dkt. 5), hereby finds and ORDERS as follows:

17        (1)    Petitioner is asking for leave to supplement his original petition.  Petitioner needs

18 to file an amended petition that clearly sets forth his all of his grounds for relief and clearly

19 informs the Court what conviction or convictions he is challenging.  Petitioner must show that

20 his ground for relief were exhausted in state court and were not part of his prior habeas corpus

21 action.  *See* 10-CV-5339RBL/KLS.

22        (2)    Petitioner needs to use the form provided by the Clerk's Office for his petition.

23        (3)    The amended petition must be filed by July 25, 2014.

ORDER - 1

1     (4)    If the document does not clearly state the grounds for relief and identify the convictions at issue the Court will recommend dismissal of this petition.

    (5)    The Clerk's Office is directed to send Mr. Reesman a 28 U.S.C. § 2254 habeas corpus form, remove Dkt. 5 from the calendar, and note the July 25, 2014 due date.

Dated this 13th, day of June, 2014.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2