UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOEL PAUL REESMAN,

    Petitioner,

v.

MIKE OBENLAND,

    Respondent.

CASE NO. C14-5271 RBL-KLS

ORDER ON PETITIONER'S PENDING MOTIONS

Before the Court is petitioner Joel Paul Reesman's motion to file a memorandum in support of his petition. Dkt. 8. The petition has not been served and Respondent will not be prejudiced by this filing.

In addition Mr. Reesman asks for leave to file a memorandum to show cause regarding the filing of untimely petition. Dkt. 9. Mr. Reesman also seeks to supplement his motion. Dkt. 13. The Court has not ordered service of this petition and Respondent has not filed an answer. Mr. Reesman's memorandum to show cause and supplement are premature. The undersigned will not consider these filings at this time. If Respondent raises procedural bar as a defense to all or part of this petition then Mr. Reesman may renew his request and limit his briefing to the issue raised by Respondent. Having carefully reviewed Petitioner's motions, the Court **ORDERS** as follows:

ORDER - 1

1     The undersigned **GRANTS** Mr. Reesman's motion to file a memorandum in support of
2 his petition.  Dkt. 8.

3     The undersigned **DENIES** Mr. Reesman's motion to file a memorandum to show cause
4 and a supplement to that memorandum. Dkt. 9 and 13.

5     The Clerk shall send a copy of this Order to Petitioner.

6     DATED this 29th day of September, 2014.

                          Karen L. Strombom
                          United States Magistrate Judge