1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

6
7
8
9
10

JOEL PAUL REESMAN,

                              Petitioner,

        v.

MIKE OBENLAND,

                              Respondent.

No. C14-5271 RBL/KLS

ORDER ADOPTING REPORT AND
RECOMMENDATION

11
12
13
14

        The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen

L. Strombom, objections to the Report and Recommendation, if any, and the remaining record,

does hereby find and **ORDER**:

15
16
17

        (1)     The Court adopts the Report and Recommendation;

        (2)     Petitioner's motion to proceed *in forma pauperis* is denied as moot because
                petitioner has paid the full filing fee.

18
19

        (3)     The Clerk is directed to send copies of this Order to Petitioner and to the Hon.

Karen L. Strombom.

20
21

        **DATED** this 4th day of November, 2014.

22
23
24

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

25
26

ORDER ADOPTING REPORT AND RECOMMENDATION - 1