1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8
9

10   JOEL PAUL REESMAN,

11                     Petitioner,          CASE NO. C14-5271 RBL-KLS

12          v.                              ORDER

13   MIKE OBENLAND,

14                     Respondent.

15

16          This matter is before the Court on petitioner's motion to stay the petition for writ of

17   *habeas corpus* that he filed pursuant to 28 U.S.C. §2254.  Dkt. 23.  Respondent does not oppose

18   Mr. Reesman's motion and states "[t]he requested stay appears appropriate."  In *Rines v. Weber*

19   the Supreme Court cautioned that a stay should not be indefinite.  *Rhines v. Weber*, 544 U.S.

20   269, 277 (2005).   Accordingly the undersigned now ORDERS as follows:

21          1).    The undersigned orders that this petition is stayed but that the stay will dissolve
                   on May 15, 2015.
22

23          2).    If petitioner needs to extend the stay he will need to file a motion for an extension
                   of the stay before May 1, 2015, and note that motion for hearing on May 15,
                   2015.

24

3).    Petitioner will need to inform the Court of the status of his state court proceedings in his motion for an extension of the stay.

The Clerk shall send a copy of this Order to petitioner and to counsel for respondent.

Dated this 5th day of November, 2014.


Karen L. Strombom
United States Magistrate Judge