UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOEL PAUL REESMAN,<br><br>                     Petitioner,<br><br>      v.<br><br>MIKE OBENLAND,<br><br>                     Respondent. | NO. C14-5271 RBL/KLS<br><br>ORDER |

By Order dated November 5, 2014, this habeas proceeding was stayed pending resolution of Petitioner's state court proceedings. Dkt. 28. On April 7, 2015 Petitioner filed a motion asking for permission to file his additional grounds for relief and supplemental briefing regarding his now exhausted claims. Dkt. 30. That motion is noted for consideration on April 24, 2015.

On April 14, 2015, the Clerk's office received and filed a letter from petitioner addressed to the Clerk of Court. Petitioner's letter addresses mistakes in his April 7, 2015 filings including failure to provide proof of service and failure to serve a letter, that accompanied the motion, on the Attorney General's Office. *See* Dkt. 31. Petitioner asks how he can get a copy of his previous letter to Respondent's counsel and also states that he did serve his motion to file supplemental briefing on Respondent's counsel. *Id.*

ORDER -1

Petitioner's prior letter is attached to the motion that is noted for consideration on April 24, 2015. *See* Dkt. 30. Thus, Respondent's counsel has access to petitioner's letter.

The Court does not conduct business by letter. Letters are not noted on the motion docket and may not come to the undersigned judge's attention. Any future request for Court action must be in the form of a motion that is properly filed, noted, and served on opposing counsel. The Clerk shall send a copy of this Order to Petitioner and counsel for Respondent.

**DATED** this 16th day of April, 2015.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2