UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOEL PAUL REESMAN,<br><br>                     Petitioner,<br><br>    v.<br><br>MIKE OBENLAND,<br><br>                     Respondent. | NO. C14-5271 RBL/KLS<br><br>ORDER LIFTING STAY, GRANTING MOTION TO AMEND AND SETTING BRIEFING SCHEDULE |

By Order dated November 5, 2014, this habeas proceeding was stayed pending resolution of Petitioner's state court proceedings. *See* Dkt. 28. On April 7, 2014, Petitioner filed a motion asking for permission to file his additional grounds for relief and supplemental briefing regarding claims that he says are now exhausted. *See* Dkt. 30. This will be the second time that petitioner has amended his petition. *See* Dkt. 7 (amended petition). Respondent states that he does not oppose petitioner's motion to amend. *See* Dkt. 33.

Accordingly, it is **ORDERED:**

(1)     The stay of this matter is **LIFTED.**

(2)     Petitioner's motion to supplement his petition (Dkt. 30) is **GRANTED.** Petitioner shall file a new second amended petition which must include all his claims. Petitioner's second amended petition and memorandum are due on or before **June 12, 2015**.

ORDER -1

(3) Respondent will have until **July 31, 2015** to file an answer to the petition. Upon receipt of the answer, the Clerk will note the matter for consideration on the fourth Friday after the answer is filed. Petitioner may file and serve a traverse not later than the Monday immediately preceding the Friday appointed for consideration of the matter and Respondent may file and serve a reply brief not later than the Friday designated for consideration of the matter.

(4) The Clerk shall send a copy of this Order to Petitioner.

**DATED** this 21st day of April, 2015.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER - 2