UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN PAUL REESMAN,<br><br>        Petitioner,<br><br>    v.<br><br>MIKE OBENLAND,<br><br>        Respondent. | CASE NO. C14-5271 RBL-KLS<br><br>ORDER GRANTING MOTION TO FILE MEMORANDUM OF LAW |

Petitioner John Paul Reesman seeks leave to file a memorandum of law in support of his amended habeas petition. Dkt. 37, Exhibit 1 (proposed memorandum). Petitioner's motion is **GRANTED.** The Clerk shall docket Exhibit 1 as Petitioner's memorandum of law. The Clerk shall also send a copy of this Order to Petitioner and to counsel for Respondent.

DATED this 1st day of July, 2015.

Karen L. Strombom
United States Magistrate Judge