UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN PAUL REESMAN,

              Petitioner,

v.

MIKE OBENLAND,

              Respondent.

No. C14-5271 RBL-KLS

**ORDER ADOPTING REPORT AND RECOMMENDATION (PROPOSED)**

The Court having reviewed the Report and Recommendation of the Hon. Karen L. Strombom, United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's 28 U.S.C. § 2254 petition (Dkt. 1-1) is **TRANSFERRED TO THE NINTH CIRCUIT AS A SECOND OR SUCCESSIVE PETITION**.

(3) Petitioner's motion to supplement the record (Dkt. 36) is **DENIED.**

(4) The Clerk is directed to send copies of this Order to Petitioner and to the Hon. Karen L. Strombom **AND TO ADMINISTRATIVELY CLOSE THIS FILE**.

**DATED** this 16th day of October, 2015.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1